**STATE OF LOUISIANA**
**COURT OF APPEAL, FIRST CIRCUIT**

RE: Docket Number – **2023 CA 1291**

Lloyd Falgout

Versus

American Alternative Insurance Corporation, Bayou Cane
Fire Protection District, and Kenneth Himel

32nd Judicial District Court
Parish of Terrebonne Case No.: 189008

On Application for Rehearing filed on   07/08/2024 by Lloyd Falgout

Rehearing ___Denied_____

_____
Judge Page McClendon

_____
Judge Chris Hester

_____
Judge Steven M. Miller                    by CHH

Date ___AUG 2 9 2024_____

_____
Rodd Naquin, Clerk of Court